IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01246-RBJ

JUSTIN LECHEMINANT,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER;
DANIEL FELKINS, in his individual and official capacity as a Corporal with the Denver Police Department;
and
ROBERT BLANC, in his individual and official capacity as an Officer with the Denver Police Department;

    Defendants.

---

## DEFENDANT CITY AND COUNTY OF DENVER'S
## <u>UNOPPOSED</u> MOTION FOR RESTRICTED FILING

---

Defendant, the City and County of Denver ("Denver"), by and through undersigned counsel, pursuant to D.C. COLO. LCivR 7.2 (b), respectfully requests this Court to file Exhibit 1 and 2 to Denver's Motion for Summary Judgment as restricted and states the following:

1. **<u>Certificate of Conferral</u>**: Undersigned counsel conferred with counsel for Plaintiff regarding the restricted filing of Exhibit 1 and 2 to Denver's Motion for Summary, and Plaintiff's counsel does not oppose this Motion.

2. Denver seeks to file portions of Denver Police Department Arrest and Control Techniques and Defensive Tactics and Defendants Robert Blanc and Daniel Felkins' training records as restricted. These documents were previously marked "Confidential" subject to the Stipulated Protective Order [Doc. 34].

3. The Confidential information and documents are contained within Exhibits 1 and 2 and being filed in connection with Denver's Motion for Summary Judgment [Doc. 63].

4. Exhibit 1 contains confidential portions of Denver Police Department Arrest and Control Techniques and Defensive Tactics which includes confidential police practices and if publicly disclosed may hinder police activities and public safety. Denver Police Department Arrest and Control Techniques and Defensive Tactics as "Confidential" pursuant to the Stipulated Protective Order [Doc. 34].

5. Exhibit 1 and Exhibit 2 contain confidential training records of individual Defendants, which are contained in the officers' personnel files and confidential from public disclosures. These records were marked "Confidential" pursuant to the Stipulated Protective Order. [Doc. 34].

6. Redactions to the confidential information are not appropriate as the information is supportive of Denver's Motion for Summary Judgment and must be seen by the Court and the Parties.

7. Denver seeks to file Exhibit 1 and Exhibit 2 to its Motion for Summary Judgment under Level 1 Restriction, which is the least restrictive means available to protect the information discussed above.

WHEREFORE, Denver City and County of Denver respectfully requests this honorable Court grant this Motion and allow that Exhibit 1 and Exhibit 2 of Denver's Motion for Summary Judgment [Doc. 63] be filed under Level 1 restriction.

DATED this 21st of September, 2021.

Respectfully submitted,

By: *s/ Lindsay M. Jordan*
Katherine Field, Assistant City Attorney
Lindsay M. Jordan, Assistant City Attorney
Denver City Attorney's Office
Civil Litigation Section
201 West Colfax Ave., Dept. 1108
Denver, Colorado 80202.
Telephone: (720) 913-3100
Facsimile: (720) 913-3155
E-mail: kate.field@denvergov.org
lindsay.jordan@denvergov.org
*Attorneys for Defendant City and County of Denver*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of September, 2021, the foregoing **DEFENDANT CITY AND COUNTY OF DENVER'S UNOPPOSED MOTION FOR RESTRICTED FILING** was filed with the Clerk of the Court using the CM/ECF system, which will serve the following:

Christopher R. Decker
The Law Offices of Decker & Jones, LLC
cdecker@deckerjoneslaw.com

Tiffany J. Drahota
Drahota Defense, LLC
tiffany@drahotadefense.com
*Counsel for Plaintiff*

Eric M. Ziporin
Tiffany E. Toomey
Senter Goldfarb & Rice, LLC
eziporin@sgrllc.com
ttoomey@sgrllc.com
*Counsel for Defendants Felkins and Blanc*

*s/ Sarah Peasley*
Denver City Attorney's Office