IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01246-RBJ

JUSTIN LECHEMINANT,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER;
DANIEL FELKINS, in his individual and official capacity as a Corporal with the Denver Police Department;
and
ROBERT BLANC, in his individual and official capacity as an Officer with the Denver Police Department;

    Defendants.

## DEFENDANT CITY AND COUNTY OF DENVER'S
## RENEWED UNOPPOSED MOTION FOR RESTRICTED FILING

Defendant, the City and County of Denver ("Denver"), by and through undersigned counsel, pursuant to D.C.COLO. LCivR 7.2(b) and this Court's Order Denying Defendant City and County of Denver's Unopposed Motion for Restricted Filing [Doc. 70], respectfully request this Court restrict access to the full version of Exhibit 2 to Defendant City and County of Denver's Motion for Summary Judgment [Doc. 64], and states the following:

1. Certificate of Conferral:  Undersigned counsel conferred with counsel for Plaintiff regarding restricting the full version of Exhibit 2 - Declaration of Darin Lindsey - to Denver's Motion for Summary Judgment [Doc. 64-2] and Plaintiff's counsel does not oppose the Motion.

2. Denver agrees with this Court's ruling that its business is done in the public and upon

further review, Denver has determined only a portion of Exhibit 2 to Denver's Motion for Summary Judgment [Doc. 64-2] contains confidential information.

3. Specifically, a portion of Exhibit 2 to Denver's Motion for Summary Judgment contains the TASER Conducted Electrical Weapons (CEWs) Part 1: User Certification Test and Part 2: X26 Certification Test, with Officer Blanc and Officer Felkins' answer. Because both officers answered all the questions correctly, the tests also serve as answers keys.

4. The TASER test questions and answers are confidential, and production of the information should be restricted from public disclosure as it would be contrary to the public interest. To allow full public disclosure of this information could compromise the validity of future test results.

5. Pursuant to the Colorado Open Records Act, C.R.S. § 24-72-204 2(a) (II) a custodian of records may deny the right to inspection on the grounds that disclosure would be contrary to the public interest when there is a request for test questions, scoring keys, and other examination data pertaining to administration of a licensing examination.

6. Denver only seeks restriction of the TASER test questions and answers and agrees the scores and certification of each officer is not confidential.

7. In compliance with this Court's Order dated September 22, 2021, Denver is filing a public version of Exhibit 2 to Denver's Motion for Summary Judgment with only the TASER test questions and answers redacted.

8. Denver seeks only the full version of Exhibit 2 of Denver's Motion for Summary Judgment be filed under Level 1 restriction, which is the least restrictive means

available to protect the information discussed above.

9. Or, in the alternative, Denver requests this Court to strike unredacted version of Exhibit 2 [Doc. 64-2] and replace with the redacted Exhibit 2 which is being filed as a public version contemporaneously with the filing of this Motion.

WHEREFORE, Defendant City and County of Denver respectfully request this Court grant this Motion and allow that the full version of Exhibit 2 – Declaration of Darin Lindsey – to Denver's Motion for Summary Judgment [Doc. 64-2] be filed under Level 1 restriction.

DATED this 4th day of October, 2021.

Respectfully submitted,

By: *s/ Lindsay M. Jordan*
Katherine Field, Assistant City Attorney
Lindsay M. Jordan, Assistant City Attorney
Denver City Attorney's Office
Civil Litigation Section
201 West Colfax Ave., Dept. 1108
Denver, Colorado 80202.
Telephone: (720) 913-3100
Facsimile: (720) 913-3155
E-mail: kate.field@denvergov.org
lindsay.jordan@denvergov.org
*Attorneys for Defendant City and County of Denver*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of October, 2021, the foregoing **DEFENDANT CITY AND COUNTY OF DENVER'S RENEWED UNOPPOSED MOTION FOR RESTRICTED FILING** was filed with the Clerk of the Court using the CM/ECF system, which will serve the following:

Christopher R. Decker
The Law Offices of Decker & Jones, LLC
cdecker@deckerjoneslaw.com

Tiffany J. Drahota
Drahota Defense, LLC
tiffany@drahotadefense.com
*Counsel for Plaintiff*

Eric M. Ziporin
Tiffany E. Toomey
Senter Goldfarb & Rice, LLC
eziporin@sgrllc.com
ttoomey@sgrllc.com
*Counsel for Defendants Felkins and Blanc*

                                                   *s/ Sarah Peasley*
                                                   Denver City Attorney's Office